IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00209-MSK-OES

PENIFER SALINAS,

    Plaintiff,

v.

DAVID CHRISTENSEN,
CAPTAIN UNRUH,
JOANIE SHOEMAKER,
CHRISTOPHER "TODD" PHILLIPS,
John Does I to X and
Jane Does I to X,

    Defendants.

_____

**ORDER RE: JOINT STIPULATED MOTION FOR DISMISSAL**
_____

This matter having come before the Court on the parties' Joint Stipulated Motion for

Dismissal, and the Court having reviewed the Motion and being fully advised in the premises,

HEREBY ORDERS that the Motion is granted.  Plaintiff's claims against Defendants Joanie

Shoemaker, Terri Unruh, and Christopher Todd Phillips, are hereby dismissed, with prejudice,

with each party to pay their own fees and costs.  The caption shall be reformulated to delete

these

Defendants on all future pleadings.

DATED this 26th day of August, 2005.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge