IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00209-MSK-OES

PENIFER SALINAS,

    Plaintiff,

v.

DAVID CHRISTENSEN
CAPTAIN UNRUE
CHRISTOPHER "TODD" PHILLIPS
JOANIE SHOEMAKER
John Does I to X and
Jane Does I to X.

    Defendants.

---

**ORDER**

---

This matter comes before the Court on Plaintiff Penifer Salinas' Notice of Dismissal **(#77)**, **IT IS HEREBY ORDERED**:

That all claims against all parties herein are dismissed with prejudice. Parties are to bear their own costs and attorneys' fees. The clerk is directed to close the case.

DATED this 19th day of September, 2005.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

```
```

Marcia S. Krieger
United States District Judge